UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX RANDALL, | CASE NO. C18-1123-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY and RICHARD C. ROWE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 18). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is "a stipulation of dismissal signed by all parties who have appeared."

Here, all parties who have appeared stipulate that this action shall be dismissed. (Dkt. No. 18.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. This action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 12th day of December 2018.

//

//

1                                                William M. McCool
                                                   Clerk of Court

                                                   s/Tomas Hernandez
                                                   Deputy Clerk

MINUTE ORDER
C18-1123-JCC
PAGE - 2